## CURRY v. STATE.
### No. 26138.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

## WEEMS v. STATE.
### No. 26158.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Murder with malice is the offense; the punishment, thirty-five years' confinement in the penitentiary.

Neither a statement of facts nor bills of exception accompany the record, without which there is nothing presented for our consideration.

The judgment is affirmed.

Opinion approved by the Court.